[No. 34050-0-II. Division Two. February 6, 2007.]

COLIN F. YOUNG, *Appellant*, v. KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-2-00858-5, James B. Sawyer II, J., entered October 11, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.

[Nos. 34667-2-II; 34677-0-II. Division Two. February 6, 2007.]

*In the Matter of the Welfare of* M.M.-S. ET AL.

Appeals from a judgment of the Superior Court for Mason County, No. 05-7-00152-8, James B. Sawyer II, J., entered March 30, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[Nos. 23793-1-III; 24758-6-III. Division Three. February 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JASON WILSON, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID JASON WILSON, *Petitioner*.

Appeal from judgments of the Superior Court for Spokane County, No. 04-1-02689-1, Kathleen M. O'Connor and Salvatore F. Cozza, JJ., entered November 22, 2004 and January 31, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.